RECEIVED IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2007 MAR -5 A 9:28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Inmate Identification Number: 170972

Jackie    L.    Aaron
(Enter above the full name(s) of the plaintiff(s)
in this action

RECEIVED

NOTICE TO FILING PARTY 9:28

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

vs.

Jeffrey   P.   Montgomery, Et Al.,
Jeffrey       Wagnon, Et Al.,
Carol   M.   Wright, Et Al.,
Larry       Phillips, Et Al.,

2: 07CV193-WKW

(Enter above full name(s) of the defendant(s)
in this action

I    Previous lawsuits

    A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( X )          No ( ___ )

    B.   If your answer to (A) is "yes,) describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline)

        1    Parties to this previous lawsuit:

        Plaintiff(s)    See Statement

        Defendant(s)

2   Court (if Federal Court, Name the district; if State Court, Name the county)

_____

3   Docket Number   *CC-96-1056*

4   Name the judge to whom case was assigned   *Mr. William Cardwell*

5   Disposition (for example: Was the case dismissed?   Was it appealed?   Is it still pending?)   _____

6   Approximate date of filing lawsuit   _____

7   Approximate date of disposition   _____

I   Place of present confinement   *Limestone Corr. Harvest, Al.*

   A.   Is there a prisoner grievance procedure in this institution?
      Yes ( ___ )   No ( X )

   B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( ___ )   No ( X )

   C.   If your answer is YES:

      1   What steps did you take?   *N/A*

      2   What was the result?   _____

   D.   If your answer is NO, explain why not?   *N/A*

Parties
In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A     Name of plaintiff(s)    Jackie L Haron

Limestone, Corr. 28779 Nick Davis, Rd., Harvest, Al.

Address

In the item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the thirs blank. Use item (C) for the names, positions, and places of employment of any additional defendants

B     Defendant    Jeffrey P. Montgomery

is employed as    Atty. At Law

at    Gadsden, Ala. 35903   Address Unknown

C     Additional Defendants    Jeffrey W. Wagnon

Atty. at law    Gadsden, Al,   Address Unknown

Ms. Carol M. Wright

Al. Bar Investigator / Paralegal   Montgomery, Al,

V.     Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Next Page

(1)

On the night of Sept. 2, 1996, I was taken into custody and held for (3) three days. City Det. Larry Phillips from the Gadsden police Dept. came to visit me, in which I answer some question. I ask him what am I being held for?, he "replied" gotta make a phone call and never return I wasn't read my Miranda rights. At that point I didn't know what to expect. I had a new job and I was very anxious to get back. Sometime that day I was informed that I was charged with Burglary Sec. And 5,000 Bail. After I had finish signing Bail I observed this woman had given me both copys she didn't keep any document for her file.

Appointed Counsel, Jeffrey P. Montgomery. I was taken back into custody Feb. 3, 2000, with no Bail. I was incarcerated for 14 months and scheduled for trial numerous of times, Cont'd. Charges was file against Counsel with the Al. Bar they refuse to intervene, But they didn't hesitate to inform Counsel Charges was file. This Counsel took a small amount of stationery and alter them. And file a motion and withdrew, real documents never exist. Bail was re-sat and I was released.

Appointed Counsel, Jeffrey W. Wagnon. On Feb 6, 2002, I was taken back into custody with no Bail. Aug 29, 2002, day of the trial, I was denied the opportunity to participate in the selection of the Jury. I was not brought to the Courtroom until after a Jury had been seleated and seated I neither waived my rights to be present for this or authorized any selection in my absence. Counsel didn't participate in the Jury selection, But instead allowed the District Atty. to pick the seated Jurors. I was found guilty and sentence to 36 years

(2)

On May 23, 2003, Counsel wrote And informed me that the Court of Appeals Affirmed my Conviction. I was ask to seek new Counsel to file a rehearing. On May 4, 2005, Charges was file against Counsel. Ala. Bar, Ms. Carol Wright investigator/Paralegal refuse to intervene. I provided her with a transcript to Justifie my Complaint. Counsel and I didn't not participate in the Jury Selection. She still refuse to take Any further Action. See Exhibit [A & "B"] Next page

### Conclusion

The Hon. district Court, B'ham, has Allowed me to file the same Charges Six different Occasion And Application to Proceed in Forma Pauperis. I felt worthless And very stupid because there was still no relief in Sigt. those peoples are Professional, they had A technique to dismiss without Prejudice. those Counsel Abandoned me, I don't have any legal Skills, I drop out of School in the 9th, I'm unable to hire An Atty. they Got me in a Situation were I can't Challenge it alone. Many times of filing they use it for hindered. I went to prison in 1990 on Alter documents I really need this Hon. Court to Appoint Counsel. A crime has been Committed And it still has me held in State Custody.

RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Appoint Counsel Scheduled A time ANd Date So the Court CAN fine those Conspirtor ANd Punish them, I Just WANt Justice & Freedom

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Feb 23, 2007

Jackie A Rare

Signature(s)

-4-

Mr. Jadie L Aaron
Limestone, Corr.
28779 Nick Davis, Rd.
Harvest, Al. 35749

This correspondence is forwarded from an Alabama State Prision. The contents have not been evaluated, and the Alabama Department of Corrections in not responsible for the substance or content of the enclosed communication.

U.S. District Court
Office of the Clerk
P.O. Box 711
Montgomery, Al. 36101-0711





*Exhibit "A"*

**ALABAMA STATE BAR**
**THE DISCIPLINARY COMMISSION**
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

FAX: 334/261-6311

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

May 19, 2005

Mr. Jackie Lamar Aaron
A.I.S.#170972 G-3-2-111
1000 St. Clair Rd.
Springville, AL 35146

Re:   CSP No. 05-459(A)
      Complaint against Jeffrey Wayne Wagnon

Dear Mr. Aaron:

The Disciplinary Commission of the Alabama State Bar has received the complaint that you filed against the above-referenced attorney. A copy of your complaint was forwarded to the attorney and a copy of the attorney's response to your complaint is enclosed.

Two attorneys in the Office of General Counsel of the Alabama State Bar have reviewed your complaint and the attorney's response to the complaint. In view of the nature and content of the complaint and the enclosed response of the attorney, we will take no further action in this matter.

Sincerely,

Carol M. Wright
Investigator/Paralegal
For the Office of General Counsel

Enclosure

cc:   Mr. Jeffrey Wayne Wagnon

RULE 30. ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.

David V Wise #

Exhibit B

ALABAMA STATE BAR
**THE DISCIPLINARY COMMISSION**
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

FAX: 334/261-6311

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

June 8, 2005

Mr. Jackie Lamar Aaron
A.I.S#170972 G-3 2-111
1000 St. Clair Road
Springville, AL 35146

Re:   CSP No. 05-459(A)
      Complaint against Jeffrey Wayne Wagnon

Dear Mr. Aaron:

We are in receipt of your request for reconsideration of the above-referenced matter. The Alabama State Bar only has jurisdiction over violations of the Rules of Professional Conduct. Your initial complaint, the respondent attorney's response, and your recent request were independently reviewed by two lawyers in this office. They have concluded that there appears to be no new information which warrants a formal investigation. Therefore, no further action will be taken in this matter in accordance with our earlier decision.

OFFICE OF GENERAL COUNSEL
ALABAMA STATE BAR

cc:    Mr. Jeffrey Wayne Wagnon

RULE 30, ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.