FOR USE BY INCARCERATED PERSONS

RECEIVED

2007 MAR -5  A 9: 30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:07CV193-WKW

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

### APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given is true and correct, I apply to

this Court for authority to proceed with this case without prepayment of fees, costs, or security.?

1    Your full name:    #170892  Jackie   Aaron

Present mailing address:   Limestone , Corr.  28779 Nick  Davis , Rd.

Harvest, Val .

2    Are you presently employed?                    Yes ___    No  X

If the answer is "yes," give the name and address of your employer and the amount of your usual

monthly salary or wages.

None

Monthly earnings: _____

If the answer is "no," give the name and address of your last employer, when you last worked, and
the amount of the monthly salary or wages you were receiving.

None

Date last worked:    Feb 5,   2002

Monthly earnings:    N/A

3    Have you received within the past twelve months any money from any of the following sources?

(a)    Business, professional, or any form of self-employment?    Yes ___    No  X

(b)    Interest, dividends, rents, or investment income of any kind?    Yes ___    No  X

- 1 -

(c )    Pensions, annuities, or life insurance payments?        Yes ___    No  X

Gifts and inheritances?        Yes ___    No  X

Any other sources?        Yes ___    No  X

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____ none _____

_____

_____

4    How much money do you own or have is any checking or saving accounts, including your prison or jail account?    $  N/A

5    Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?        Yes ___    No  X

If the answer is "yes," describe the property and state its approximately value:

_____

_____ none _____

_____

6    List the persons who are dependent upon your support, stating your relationship to them and how much you contribute toward their support.

_____ none _____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and

correct.

Date:  Feb. 23, 2007 _____        Jackie L. Aaron _____
                                         SIGNATURE OF PLAINTIFF

- 2 -

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauper* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and must include both the total deposits made to the prisoner's account each and every month for the preceeding six months and the average monthly balance in the account each and every month during the preceeding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner ___Jackie Aaron       170972___ has been incarcerated in this institution since ___December 1___,20 _0_ and that he has the sum of $ ___0.00___ in his prison and jail trust account on this the ___27th___ day of ___February___ 20 _07_ . I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | Aug 2006 | $ 0.00 | $ 0.48 |
| Month 2 | Sep 2006 | $ 0.00 | $ 0.48 |
| Month 3 | Oct 2006 | $ 12.00 | $ 0.62 |
| Month 4 | Nov 2006 | $ 8.00 | $ 0.12 |
| Month 5 | Dec 2006 | $ 0.00 | $ 0.12 |
| Month 6 | Jan 2007 | $ 12.00 | $ 0.27 |
| Current Month (if less than full month) | Feb 2007 | $ 0.00 | $ 0.00 |

_Beverly Burnett_
Signature of Authorized Officer of Institution

_L C F_
Name of Institution

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
LIMESTONE CORECTIONAL FACILITY

AIS #: 170972      NAME: AARON, JACKIE                AS OF: 02/27/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| FEB   | 1         | $0.30             | $0.00            |
| MAR   | 31        | $1.15             | $10.00           |
| APR   | 30        | $0.01             | $0.00            |
| MAY   | 31        | $2.03             | $15.00           |
| JUN   | 30        | $0.48             | $0.00            |
| JUL   | 31        | $0.48             | $0.00            |
| AUG   | 31        | $0.48             | $0.00            |
| SEP   | 30        | $0.48             | $0.00            |
| OCT   | 31        | $0.62             | $12.00           |
| NOV   | 30        | $0.12             | $8.00            |
| DEC   | 31        | $0.12             | $0.00            |
| JAN   | 31        | $0.27             | $12.00           |
| FEB   | 27        | $0.00             | $0.00            |