(1)

Case No 2:07-cv-00193-WKW WO

U.S. District Court For the
Middle District of Al.
Montgomery, Al.

RECEIVED
2007 JUL 25 A 9:14

### Discussion

On March 15, 2007, the Hon. Magistrate Judge made a recommendation that this Case be transferred to the United States Northern district for review and determination.

### Order         Case No 2:07-cv-00193-WKW WO

The Recommendation Doc #3 of the Magistrate Judge is Adopted, Done April 27, 2007

On July 13, 2007, I wrote the Clerk and ask for a Status report. July 18, 2007, I received that document

### Civil docket for Case 5:07-cv-00803-CLS-RRA

Nature of Suit: 550 Prisoner: Civil Rights
Cause: 28:1983 Civil rights
Assigned to Judge C. Lynwood Smith, JR
Referred to Magistrate - Judge Robert R. Armstrong

Those was the same Judges who refuse to accept my Petition on numerous occasion, any time a petition was filed they would always challenge it, they never did contact any of the defendants. Any thing I said I provided documents and transcript, But the Hon. Court refuse to accept the truth just like Bar investigator Ms. Carol Wright who refuse to —

(2)

discipline those Atty's. My Constitutional rights was Severe Violated, not Civil rights. Civil rights: the nonpolitical rights of a Citizen

## Conclusion

At one time I was well-Established working two Jobs taking Care of my Mother, She died last year June 27, 006 And I Couldn't Go to her Funeral. I'm behind Barbed Wire Just because Counsel Falsified documents And the Other Counsel didnt Participate in my Jury Selection. Please Help me may God Bless this Court

July 20, 2007

Jackie L Aaron
JACKIE LAMAR AARON