IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACKIE L. AARON, #170972, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:07-cv-193-WKW |
| | ) |
| JEFFREY P. MONTGOMERY, *et al.* | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

    The court transferred this action to the Northern District of Alabama by order dated April 27, 2007. (Doc. #4.) On July 25, 2007, the plaintiff filed a handwritten pleading (Doc. # 6), which the court will construe as a motion for reconsideration. The motion is DENIED

    DONE this 31st day of July, 2007.

                                                    /s/ W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE